In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-14-00314-CV
_____

BEAUMONT INDEPENDENT SCHOOL DISTRICT,
TIMOTHY CHARGOIS, PATRICIA LAMBERT, SYBIL COMEAUX,
AND JESSIE HAYNES, Appellants

V.

RONALD REYNOLDS, Appellee

On Appeal from the 58th District Court
Jefferson County, Texas
Trial Cause No. A-195,812

**ORDER**

The appellants filed a motion to stay all proceedings in the trial court during the pendency of their interlocutory appeal from an order denying a temporary injunction and a plea to the jurisdiction. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(4), (8) (West Supp. 2014). We requested a response from the appellee, but no response has been filed.

When an accelerated appeal from an interlocutory order is perfected, we may make such orders as are necessary to preserve the parties' rights until disposition of the appeal. Tex. R. App. P. 29.3. After reviewing the motion, we find that temporary orders are necessary to preserve the parties' rights until disposition of the appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(b).

It is ORDERED that all further proceedings in Cause No. A-195,812 are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 29.3; *see also* Tex. R. App. P. 29.5.

ORDER ENTERED August 21, 2014.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.